AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| ERNSO LOUIS<br>also known as McKinley<br>DOB:<br>POB: | FILED<br>OCT 0 7 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| (Name and Address of Defendant) | CASE NUMBER: 05-0527M-01 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 26, 2005 to October 4, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

**did seize or detain and threaten to kill to injure or to continue to detain another person in order to compel a third person to do an act, pay ransom, as an explicit or implicit condition for the release of the person detained.**

in violation of Title __18__ United States Code, Section(s) __1203__.

I further state that I am __William Clauss, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA, John A. Beasley, Jr. (202) 514-6954
AUSA, Jeanne Hauch (202) 514-5776

Signature of Complainant
William Clauss, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__OCT 07 2005__ at __Washington, D.C.__
Date                                                City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer