AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**ERNSO LOUIS**

FILED

OCT 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT FOR ARREST

CASE NUMBER: 05 - 0 5 2 7 M - 0 1.

05 - 376

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERNSO LOUIS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

HOSTAGE TAKING

in violation of Title _18_ United States Code, Section(s) _1203_ .

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer   MAGISTRATE JUDGE          Title of Issuing Officer    OCT 0 7 2005    District of Columbia

Signature of Issuing Officer                                Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 10-07-2005 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER Reporting Fitzgerald, Derrick Deputy U.S. Marshal | SIGNATURE OF ~~ARRESTING~~ OFFICER Reporting Derril Zahul |
|---|---|---|
| DATE OF ARREST 10-25-2005 | | |