ATTACHMENT A

**FILED**

**DEC 1 6 2005**

STATEMENT OF THE OFFENSES

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Introduction

   The government's evidence at trial would prove beyond a reasonable doubt that on September 26, 2005, at approximately 2 a.m., defendant YVES JEAN LOUIS and defendant ERNSO LOUIS, along with LESLEY MERISE, EDDY DESURME (also known as "TIFRE") and an individual known as "FITO" (hereinafter "the hostage-takers"), invaded the home of a child located in the Route des Freres section of Port au Prince, Haiti. The child was asleep in the home she occupied with her parents. The child is a nine-year-old girl and is a citizen of the United States, having been born in Boston, Massachusetts in 1995.

   All the hostage-takers had advance knowledge of the layout of the house from defendant YVES JEAN LOUIS, who by virtue of his past employment by the family of the child and stay at their home, was able to convey detailed information to the three other hostage-takers concerning the physical layout of the house. Defendant YVES JEAN LOUIS, who was also a distant relative of the mother of the child, was angry at the family of the child because he believed that they owed him money, thus providing a motive for the hostage-taking.

   Upon entry on the property, defendant YVES JEAN LOUIS distracted the dogs on the property by giving them food. While defendant YVES JEAN LOUIS was keeping the dogs occupied, defendant ERNSO LOUIS, and three other hostage-takers, LESLEY MERISE, EDDY DESURME and FITO entered the home through a previously unlocked entrance. Having fed the dogs, defendant YVES JEAN LOUIS rejoined the other four in the house. The group proceeded to the bedroom of the parents of the child. Once in the bedroom, defendant ERNSO LOUIS and the three other hostage-takers bound the father to prevent him from moving. One of the other hostage-takers, FITO, pointed a fake gun at the father of the child. They bound the mother as well. They stole approximately one thousand US dollars in local currency, a watch and a pair of athletic shoes. During the abduction, defendants and their coconspirators wore face masks, FITO carried a real-looking imitation handgun and the others carried machetes, they used cords to bind the hands of the parents of the child, and some of them wore gloves.

   The hostage-takers went to the room where the child was sleeping. They covered the mouth of the child, picked her up and

-12-                             Initials: _____

carried her out of the house, without waking any of the siblings. The hostage-takers had started to tape the child's mouth shut, but the child explained that she would die if they did that because she could not breathe through her nose. The child suffers from asthma and a heart condition. They threatened the child during the abduction that they would kill her if she did not stay quiet. The hostage takers also pointed the fake gun at the child's head to threaten her.

The hostage-takers stole the child's father's car and EDDY DESURME drove it away as the getaway car. All five of the hostage-takers then took the child to a location. She was held there until approximately 10 p.m. that night. While on the way to or at that location, although she was blindfolded for much of the time, the child heard clearly the voice of defendant YVES JEAN LOUIS. The structure at this location was a shack that had little protection from the elements. For that reason, the hostage-takers decided to move the child to another location.

The hostage-takers proceeded to make ransom demands of the child's family by telephone. The initial demand was $200,000 in U.S. currency. Over the course of the negotiations, which occurred by telephone, the demand amount was eventually lowered to $50,000. The family tried to raise the money but could come up with only an amount of approximately $8,000. The hostage-takers would not accept only that amount.

At least two of the hostage-takers, defendant ERNSO LOUIS and LESLEY MERISE, next moved the child to a mountainous remote location, accessible only hiking on foot for approximately two hours, in the Ghantier area of Haiti. They held the child hostage in a primitive building there. Defendant ERNSO LOUIS held the child there and cared for her. Another of the hostage-takers returned as needed to that location to put the child on the phone to show proof of life during the ransom negotiations. Some of the hostage-takers repeatedly told the child that if she made too much noise, tried to leave, or told anyone that she had been kidnaped, she and her family would be killed. After a number of days, defendant ERNSO LOUIS decided to permit the child to go outside to play with some other children who lived in the nearby area.

A young adult who resided in the area noticed the arrival of the new child and befriended her. That adult engaged the child in conversation and established a level of trust with her. That adult eventually learned from the child that she had been kidnaped. That adult persuaded the child to write in charcoal on a piece of paper the name of her father and her telephone number.

-13-                                    Initials: _d_ / _L_

The adult went to the local authorities with this information. Because of the situation, it was decided that the best approach was for that adult to return to the scene and arrange a way for the child to go outside, which the adult did. The adult entered the house and engaged defendant ERNSO LOUIS in conversation to distract him until an opportunity arose to signal the child to go outside. When the adult signaled her, the child bolted. Outside, law enforcement, including the Haitian National Police ("HNP") and the United Nations Civil Police ("UN CivPol"), was waiting. A short while later, law enforcement entered the building where the child had been held hostage. They found defendant ERNSO LOUIS inside and detained him.

Agents of the FBI spoke with the child, as well as members of her family. The child informed them that she knew the identity of one of her kidnappers. The child related that, although she had been blindfolded for much of the ordeal, she clearly recognized the voice of defendant YVES JEAN LOUIS. The child was familiar with his voice from having heard it when he worked at her family's home.

Defendant YVES JEAN LOUIS was apprehended by law enforcement at his home. The FBI interviewed defendant YVES JEAN LOUIS. At the start of the interview, the FBI informed Defendant YVES JEAN LOUIS of his rights in his native language. Defendant YVES JEAN LOUIS proceeded to waive his rights orally and in writing. Defendant YVES JEAN LOUIS gave a statement confessing to his participation in the kidnaping and hostage-taking. Defendant YVES JEAN LOUIS also implicated his coconspirators defendant ERNSO LOUIS as well as two of the other hostage-takers.

The FBI interviewed also defendant ERNSO LOUIS. At the start of the interview, the FBI informed defendant ERNSO LOUIS of his rights in his native language. Defendant ERNSO LOUIS proceeded to waive his rights orally and in writing. Defendant ERNSO LOUIS gave a statement confessing to his participation in the kidnaping and hostage-taking. Defendant ERNSO LOUIS also implicated his coconspirators, defendant YVES JEAN LOUIS and the two of the others.

Defendant ERNSO LOUIS was found in possession of the athletic shoes as well as a binder and a wallet belonging to the child's father, all of which had been stolen from the child's house the night of the kidnaping.

Defendant YVES JEAN LOUIS was positively identified by the child after she reviewed a stack of photographs of men. Upon observing a photograph of defendant YVES JEAN LOUIS, the child

-14-                                    Initials: _____ / _____

identified him by name as a member of the group that kidnaped her and held her hostage.

Defendant ERNSO LOUIS was positively identified by the child after she reviewed a stack of photographs of men. Upon observing a photograph of defendant ERNSO LOUIS, the child identified him by name as a member of the group that kidnaped her and held her hostage.

After the abduction, a face mask was located at the perimeter of the girl's home. Ropes were recovered after having been cut from the wrists of the parents. A machete was located on the property which had not been there prior to the crime. After the girl was rescued, the location where she had been held and where defendant ERNSO LOUIS was found, was searched. A real-looking imitation handgun and a glove were found there. The face mask, the cords, the machete, the imitation handgun and the glove are all presently in the custody of the Federal Bureau of Investigation ("FBI").

Acknowledgment:

I have read this Statement of Offenses and carefully reviewed every part of it with my attorney. I agree that it is a fair and accurate description of what happened.

_12-06-05_  
Date

_Ernso Louis_  
Ernso Louis, Defendant

I am defendant's attorney. I have reviewed every part of this Statement of Offenses with him.

_12-16-05_  
Date

_Elita Amato_  
Elita Amato, Esq.  
Counsel for Defendant

-15-    Initials: _E_ / _L_

ATTACHMENT B:

SENTENCING GUIDELINES CALCULATIONS FOR ERNSO LOUIS:

BASE OFFENSE: 18 U.S.C. § 1203(a)

| | | | |
|---|---|---|---|
| 1203(a) | Hostage taking | | |
| | Kidnaping, Abduction, Unlawful Restraint (2A4.1(a)) | BOL | 32 |
| | Ransom demand (2A4.1(b)(1)) | | 6 |
| | Use of dangerous weapon (2A4.1(b)(3)) | | 2 |
| | Victim held seven-plus (7+) days (2A4.1(b)(4)(B)) | | 1 |
| | TOTAL | | 41 |

-16-                                Initials: _____/_____