05-376 (JDB)



CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

FILED

FEB 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   UNITED STATES DISTRICT COURT
      E. BARRETT PRETTYMAN UNITED STATES
        COURT HOUSE
      333 CONSTITUTION AVENUE, N.W.
      WASHINGTON, DC  20001-2802

RE:   U.S.A. vs. LOUIS, ETAL

      OUR CASE NUMBER   05-3293-WHITE
      YOUR CASE NUMBER  05-0527M-01

DATE: 01/31/06

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
                 (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

____XX____      Original file  (SUPPL DE#20)

_____      Certified File (pertinent papers only)

_____      Magistrate Proceedings

_____      CASH Bond  Amount $_____
                (Note:  Cash is not included in this transmittal and will
                be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely

By___COLETTE FARRINGTON_____
         Deputy Clerk

```
                          U.S. District Court
              FLS - Southern District of Florida Miami

               CRIMINAL DOCKET FOR CASE #: 05-M -3293
```

USA v. Louis, et al.                                      Filed: 10/11/05
Assigned to: Patrick A. White


Dkt # in other court: None


YVES JEAN LOUIS (1) , DOB:         Public Defender
         Prisoner No.               [term  10/14/05]
    Language: Creole               FTS 536-4559
    defendant                      305-530-7000
 [term  10/14/05]                  [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   150 W Flagler Street
                                   Miami, FL 33130-1556
                                   305-530-7000

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                         Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

=========================

ERNSO LOUIS (2) , DOB:             Hugo A. Rodriguez
         Prisoner No.              FTS 867-6683
    ; Language: Creole             [COR LD NTC cja]
aka                                Hugo A. Rodriguez
McKinley                           1210 Washington Avenue
    defendant                      Suite 220
 [term  10/14/05]                  Miami Beach, FL 33139
                                   305-373-1200

Pending Counts:

   NONE

Docket as of January 31, 2006 9:35 am                         Page 1

[Certified to be a true and correct copy... Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By: Elizabeth Rodriguez, Deputy Clerk. Date 1/31/06]

```
Proceedings include all events.
1:05M 3293      USA v. Louis, et al.                              CLOSED
                                                                  INTERP
```

Terminated Counts:

  NONE

Complaints                          Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

U. S. Attorneys:

  NONE

---------------------------------

```
10/04/05   ---      ARREST of Yves Jean Louis, Ernso Louis (ea)
                    [Entry date 10/13/05]

10/11/05    1       REPORT Commencing Criminal Action as to Yves Jean Louis
                    DOB:                     er #              ea)
                    [Entry date 10/13/05]

10/11/05    2       REPORT Commencing Criminal Action as to Ernso Louis  DOB:
                              Prisoner #           ea) [Entry date 10/13/05]

10/11/05    3       Copy of Warrant and Indictment from the District of
                    Columbia as to Yves Jean Louis, Ernso Louis (ea)
                    [Entry date 10/13/05]

10/11/05    4       ORDER on Initial Appearance as to Yves Jean Louis,
                    Appointment of Public Defender  Detention hearing set for
                    10:00 10/14/05 for Yves Jean Louis ; Removal hearing set
                    for 10:00 10/14/05 for Yves Jean Louis ;   before Duty
                    Magistrate, ,   ( Signed by Magistrate Judge Patrick A.
                    White  on 10/11/05)  Tape # 05B-40-641 & 1960 CCAP (ea)
                    [Entry date 10/13/05]

10/11/05    5       ORDER on Initial Appearance as to Ernso Louis; White & Case
                    LLP (Faith Gay) appointed as counsel; Detention hearing set
                    for 10:00 10/14/05 for Ernso Louis ; Removal hearing set
                    for 10:00 10/14/05 for Ernso Louis ; before Duty
                    Magistrate, ,   ( Signed by Magistrate Judge A. White on
                    10/11/05) Tape # 05B40-641 & 1960 CCAP (ea)
                    [Entry date 10/13/05]

10/11/05    6       INTERPRETER required for Yves Jean Louis, Ernso Louis
                    Language: Creole (ea) [Entry date 10/13/05]

10/12/05    7       DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
```

Proceedings include all events.
1:05M 3293      USA v. Louis, et al.                           CLOSED
INTERP

|            |    |                                                                                                                                                                                                                       |
|------------|----|---|

                    Yves Jean Louis (ea) [Entry date 10/14/05]

10/12/05    8       MOTION by Ernso Louis for Faith E. Gay to withdraw as
                    attorney (ea) [Entry date 10/14/05]

10/12/05    9       ORDER as to Ernso Louis  granting [8-1] motion for Faith E.
                    Gay to withdraw as attorney (Signed by Magistrate Judge
                    Patrick A. White on 10/12/05) [EOD Date: 10/14/05] CCAP (ea)
                    [Entry date 10/14/05]

10/14/05    10      WAIVER of Removal Hearing by Yves Jean Louis (Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                    10/14/05] (ea) [Entry date 10/14/05]

10/14/05    11      STIPULATED ORDER OF DETENTION as to Yves Jean Louis (Signed
                    by Magistrate Judge Patrick A. White on 10/14/05) Tape #
                    05B-43-1381 CCAP (ea) [Entry date 10/14/05]

10/14/05    12      WARRANT of Removal to the District of Columbia issued as to
                    Yves Jean Louis . Warrant issued by Magistrate Judge Patrick
                    A. White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/14/05    13      WAIVER of Removal Hearing by Ernso Louis ( Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                    10/14/05] (ea) [Entry date 10/14/05]

10/14/05    14      STIPULATED ORDER OF DETENTION as to Ernso Louis ( Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) CCAP  Tape
                    No. 43-1381 (ea) [Entry date 10/14/05]

10/14/05    15      WARRANT OF REMOVAL to the District of Columbia issued as to
                    Ernso Louis . Warrant issued by Magistrate Judge Patrick A.
                    White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/17/05    16      Transmittal Letter sent  to District of COLUMBIA in case as
                    to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                    (nf) [Entry date 10/17/05]

11/02/05    17      ACKNOWLEDGMENT of receipt as to Yves Jean Louis, Ernso
                    Louis  of: Original File  by: District of Columbia ; Date:
                    10/24/05 ; Other Court Case # 05-0527M-01 (ea)
                    [Entry date 11/08/05]

11/16/05    18      CJA 20 as to Ernso Louis : Appointment of Attorney Hugo A.
                    Rodriguez; Voucher No. FLS 05 1940 (Signed by Magistrate
                    Judge Patrick A. White on 10/11/05) (ea)
                    [Entry date 11/16/05]

11/21/05    19      Transmittal Letter sent  to District of COLUMBIA in case as
                    to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                    SUPP #18 (nf) [Entry date 11/21/05]

Proceedings include all events.
1:05M 3293        USA v. Louis, et al.                                        CLOSED
                                                                              INTERP

01/20/06    20        CJA 20 as to Ernso Louis  Authorization to Pay Hugo
                      Rodriguez $ 378 ( Signed by Magistrate Judge Patrick A.
                      White on 1/20/06) [EOD Date: 1/24/06] (ea)
                      [Entry date 01/24/06]