EXHIBIT A: VICTIM IMPACT STATEMENT

## INFORMATION ABOUT
## VICTIM IMPACT STATEMENTS AND SENTENCING

The Assistant U.S. Attorney handling this case has asked me to contact you to let you know that you have the right to present a victim impact statement (VIS) for sentencing. A victim impact statement is one of the most important rights provided to victims of crime.

You are not obligated to prepare this statement, however this is your opportunity to tell the court how you have been affected by the crime. The judge wants to know what you think about the amount of jail time the defendant should receive, the amount and type of treatment that should be ordered, and if you think the defendant will benefit from treatment. You can also request that the judge order the defendant to stay away from you as a condition of any probation that is ordered. The judge will read your victim impact statement before sentencing the defendant, so it will help him or her to know what you have experienced as a result of this crime. Also, a copy of your statement will go into the defendant's parole file when she or he is sentenced.

You may be able to allocute (speak aloud) to the judge at the sentencing. You must first have the Assistant U.S. Attorney in your case ask the judge for permission for you to speak. Many people have found that making a victim impact statement, whether in writing or in person, is helpful in the healing process.

A victim witness advocate can be made available to call you to discuss your impact statement.

# VICTIM IMPACT STATEMENT:

Your name: Gertha Pressoir

Defendant: Ahly Hans

Criminal Case Number: 06-139

Sentencing date:

Name of Judge: Robertson

Name of Prosecutor: HAUCH

If anyone assisted you in filling out this form, please list her/his name and affiliation.

Name: Carlos Moreno

Affiliation: Investigating Agent

# PHYSICAL IMPACT:

2

*Please check all physical injuries that resulted directly from the crime.*

| | |
|---|---|
| ___ Red marks      (choking marks) | _____Concussion |
| ___ Scratches, cuts, scrapes, bite marks | _____Burns |
| _____Welts, knots, lost hair | _____Complications with |
| _____Broken blood vessels; bleeding |               Pregnancy |
| _____Stitches and staples | _____Sprains, broken bones |
| _____Unconscious | _____Internal injuries |
| _____lacerations and stab wounds    __ | bruises and swelling   __Busted lip |

*Describe the injuries as well as any long-term health problems, hospitalizations, and the impact that your health problems have had on your daily functioning.*

I was ~~[crossed out]~~ hit with a weapon behand my head

3

# EMOTIONAL IMPACT

*Please describe your reactions during and immediately following the incident. The following checklist can be used as a guideline if you think it is helpful.*

- ✓ shock
- ✓ sadness
- ✓ confusion
- ✓ feeling betrayed
- ✓ thoughts about dying
- ✓ felt terrorized
- ✓ helplessness
- ✓ numbness
- ___ fear of being mutilated
- ✓ fear
- ✓ wishing you were dead
- ✓ anger
- ✓ depressed

*What were your reactions following the crime, when your feelings and responses may have been the most intense? The following checklist can be used as a guideline if you think it is helpful.*

- ✓ afraid of everything/terrified
- ___ fear of being re-victimized
- ✓ embarrassment or <u>shame</u>
- ✓ physical ailments
- ✓ uncontrollable crying
- ✓ unable to concentrate
- ___ fear of him killing me
- ✓ panic/phobic reactions
- ___ fear of law enforcement
- ___ blaming self for what happened
- ___ thoughts of suicide
- ✓ anger
- ___ desire to be alone; withdrawing

*Please describe any of the items you checked.*

*How has this crime effected your ability to perform your work, make a living, run a household, or enjoy any other activities previously performed or enjoyed?*

I am not the same person anymore. I feel that I have lost a half of my life

4

*Since you were assaulted, how have you felt about the violence you endured? The following checklist is to help you to remember the impact. Please describe in your own words how the crime has changed your life.*

- ✓ don't trust people
- ✓ sleep problems
- ✓ "flashbacks" or nightmares about the crime
- ✓ anxiety, shaking, feeling panicky or jumpy
- ✓ trouble concentrating
- ✓ avoiding places/people that remind you of incident
- ✓ changed feelings of personal safety or well-being
- ✓ more withdrawn and isolated
- ✓ irritability
- ✓ crying or feeling depressed
- ___ suicidal thoughts more of the time
- ___ trouble getting along with friends/family
- ___ if you are religious - less faith in God
- ___ less confidence in abilities and judgement

*Please describe any of the items you checked.*

I'm ~~experiencing~~ experiencing sleeping problems. I am also experiencing bad Temper and being very Hyper.

5

# FINANCIAL IMPACT

| Type of Cost | Cost | Reimbursement to date |
|---|---|---|
| Hospital Emergency | | |
| Other medical | | |
| Mental Health | | |
| Destroyed Property | | |
| Lost wages from rehabilitation | | |
| Lost wages from court attendance | | |
| Lost wages resulting from job loss | | |
| Installed new locks | $1,000.00 | None |
| Moving expenses | 500.00 | None |
| Other | | |

**Please describe any financial loss including the total amount of loss to you (total cost less any reimbursement)** We installed new locks on all doors and gates.
We also moved furniture from Léogâne to Thomassins

6

## CONCLUSION

*What would you like to see happen to the defendant in terms of the following:*

1) *jail term - Please say what you think is fair and why.*

Spend a long time in Jail, because, he made my life miserable.

2) *If applicable, do you want the defendant to give you back any of the money that you lost as a result of the offense? If not, why not.*

No; Defendant has no money, but if he had it, I would like it back.

3) *Do you want the defendant to be required to get treatment while either incarcerated or on probation? If you knew the defendant, would you recommend any particular type of treatment?*

- [ ] alcohol abuse
- [x] drug treatment (drug of choice is crack)
- [x] batterer treatment
- [x] psychiatric treatment

4) *Do you have fears about the defendant contacting you in the future? Would you like the defendant to be ordered to stay away from you as a condition of probation/parole?*

I have fears that the Defendant will contacted in the future, and I would like the court to order that the defendant stays away from me.

5) *Would you like to attend a parole hearing if/when the defendant is being considered for parole?*

No

__November 29, 2006__          __Bertha Pressor__
Date                           Signature

7

# INFORMATION ABOUT
# VICTIM IMPACT STATEMENTS AND SENTENCING

The Assistant U.S. Attorney handling this case has asked me to contact you to let you know that you have the right to present a victim impact statement (VIS) for sentencing. A victim impact statement is one of the most important rights provided to victims of crime.

You are not obligated to prepare this statement, however this is your opportunity to tell the court how you have been affected by the crime. The judge wants to know what you think about the amount of jail time the defendant should receive, the amount and type of treatment that should be ordered, and if you think the defendant will benefit from treatment. You can also request that the judge order the defendant to stay away from you as a condition of any probation that is ordered. The judge will read your victim impact statement before sentencing the defendant, so it will help him or her to know what you have experienced as a result of this crime. Also, a copy of your statement will go into the defendant's parole file when she or he is sentenced.

You may be able to allocute (speak aloud) to the judge at the sentencing. You must first have the Assistant U.S. Attorney in your case ask the judge for permission for you to speak. Many people have found that making a victim impact statement, whether in writing or in person, is helpful in the healing process.

A victim witness advocate can be made available to call you to discuss your impact statement.

1

# VICTIM IMPACT STATEMENT:

Your name: AVNEL THERASSENS

Defendant: AHly HAWS

Criminal Case Number: 06-139

Sentencing date:

Name of Judge: Robertson

Name of Prosecutor: HAUCH

If anyone assisted you in filling out this form, please list her/his name and affiliation.

Name: CARLOS MORENO

Affiliation: INVESTIGATING Agent FBI

# PHYSICAL IMPACT:

2

*Please check all physical injuries that resulted directly from the crime.*

\_\_\_ **Red marks**          **(choking marks)**         _____**Concussion**
\_\_\_\_ **Scratches, cuts, scrapes, bite marks**    _____**Burns**
\_\_\_\_\_**Welts, knots, lost hair**              _____**Complications with**
\_\_\_\_\_**Broken blood vessels; bleeding**                      **Pregnancy**
\_\_\_\_\_**Stitches and staples**              \_\_\_\_**Sprains, broken bones**
_____**Unconscious**                    _____**Internal injuries**
\_\_\_\_\_**lacerations and stab wounds**     \_\_   **bruises and swelling**   \_\_**Busted lip**

*Describe the injuries as well as any long-term health problems, hospitalizations, and the impact that your health problems have had on your daily functioning.*

I was grabbed and pushed violently to the ground.

3

## EMOTIONAL IMPACT

Please describe your reactions during and immediately following the incident. The following checklist can be used as a guideline if you think it is helpful.

- ✓ shock
- ✓ sadness
- ✓ confusion
- ___ feeling betrayed
- ✓ thoughts about dying
- ✓ felt terrorized
- ✓ helplessness
- ✓ numbness
- ___ fear of being mutilated
- ✓ fear
- ✓ wishing you were dead
- ✓ anger
- ✓ depressed

What were your reactions following the crime, when your feelings and responses may have been the most intense? The following checklist can be used as a guideline if you think it is helpful.

- ✓ afraid of everything/terrified
- ✓ fear of being re-victimized
- ✓ embarrassment or shame
- ✓ physical ailments
- ✓ uncontrollable crying
- ✓ unable to concentrate
- ✓ fear of him killing me
- ✓ panic/phobic reactions
- ___ fear of law enforcement
- ___ blaming self for what happened
- ___ thoughts of suicide
- ✓ anger
- ___ desire to be alone; withdrawing

Please describe any of the items you checked.

I was affected physically and as a result I lost weight.

How has this crime effected your ability to perform your work, make a living, run a household, or enjoy any other activities previously performed or enjoyed?

Immediately after the incident, I experienced difficulties performing my work, and also affected my relationship with my wife.

*Since you were assaulted, how have you felt about the violence you endured? The following checklist is to help you to remember the impact. Please describe in your own words how the crime has changed your life.*

☑ don't trust people
☑ sleep problems
☑ "flashbacks" or nightmares about the crime
☑ anxiety, shaking, feeling panicky or jumpy
☑ trouble concentrating
☑ avoiding places/people that remind you of incident
☑ changed feelings of personal safety or well-being
☑ more withdrawn and isolated
___ irritability
☑ crying or feeling depressed
☑ suicidal thoughts more of the time
___ trouble getting along with friends/family
☑ if you are religious - less faith in God
☑ less confidence in abilities and judgement

*Please describe any of the items you checked.*

5

# FINANCIAL IMPACT

| Type of Cost | Cost | Reimbursement to date |
|---|---|---|
| Hospital Emergency | | |
| Other medical | | |
| Mental Health | | |
| Destroyed Property | | |
| Lost wages from rehabilitation | | |
| Lost wages from court attendance | | |
| Lost wages resulting from job loss | | |
| Installed new locks | | |
| Moving expenses | | |
| Other | | |

*Please describe any financial loss including the total amount of loss to you (total cost less any reimbursement)*

6

## CONCLUSION

*What would you like to see happen to the defendant in terms of the following:*

1) **jail term - Please say what you think is fair and why.**

   *To spend his life in jail, because that way he will not be able to repeat the crime.*

2) **If applicable, do you want the defendant to give you back any of the money that you lost as a result of the offense? If not, why not.**

   *Yes if possible*

3) **Do you want the defendant to be required to get treatment while either incarcerated or on probation? If you knew the defendant, would you recommend any particular type of treatment?**

   *Yes. I would like for the defendant to be rehabilitated*

   _ alcohol abuse            __ drug treatment (drug of choice is crack)

   ✓ batterer treatment       __ psychiatric treatment

4) **Do you have fears about the defendant contacting you in the future? Would you like the defendant to be ordered to stay away from you as a condition of probation/parole?**

   *Yes. I would like for the defendant to be ordered to stay away.*

5) **Would you like to attend a parole hearing if/when the defendant is being considered for parole?**

   *If necessary, yes.*

   11-30-2006                    /s/ Huny Therassens
   Date                          Signature

7