HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-376-02</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| LOUIS, Ernso | : | Disclosure Date: <u>November 14, 2006</u> |

**RECEIPT AND ACKNOWLEDGMENT OF**
**PRESENTENCE INVESTIGATION REPORT**

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          11/28/06
**Prosecuting Attorney**                         **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
**Defendant**                    **Date**            **Defense Counsel**            **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 28, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

P. 17   States attorney not present for interview.

P. 49   States attorney was present. please clarify.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11/28/06