HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-376-02</u> |
| vs. | : | SSN: <u>N/A</u> |
| LOUIS, Ernso | : | Disclosure Date: <u>November 14, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**FILED**
**DEC 1 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                               **Date**

#### For the Defendant
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**        **Date**         **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 28, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

Receipt and Acknowledgment                                   Page 2

P #2, footnote 1 — undersigned has no information that the defendant was extradited from Haiti to the USA. This is inaccurate.

p. 5, #15 Victim Impact.
& p. 6 #22 please provide copies of any documents corroborating this information. To date I was not provided any such info. from the prosecutors.

#17 — explain why the interview was conducted at a time that I was not available. I always seek to be available unless there is a last minute change.

Object to the 2 point increase w/out further info.

p. 7 #40. provide copies of Internal records. How was the defendant arrested on April 10, 2005 for an offense committed on Sept. 26, 2005?

p. 9 #49 — I was not present.

Upon review of report w/ client, I will advise you if there are any other factual inaccuracies.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11-29-06